**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ANTONIO MORENO-ONTIVEROS,<br><br>            Petitioner,<br><br>    v.<br><br>JACK FOX, Warden,<br><br>            Respondent. | Case No. CV 16-0273-ODW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Respondent's motion to dismiss is granted, the Petition is denied, and Judgment be entered dismissing this action with prejudice.

DATED: February 10, 2017

                                        OTIS D. WRIGHT, II
                                        U.S. DISTRICT JUDGE