UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO MORENO-ONTIVEROS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JACK FOX, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-0273-ODW (JPR)<br><br>**J U D G M E N T** |

　　Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 10, 2017　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE